UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

APR 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
    v.                     )   3:10-CR-00102-RCJ-VPC
                           )
CHARLES E. GRIFFIN, III,   )
    aka Steve Hindman,     )
                           )
        Defendant.         )

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on August 25, 2010, against CHARLES E. GRIFFIN, III, aka Steve Hindman, Defendant herein.

This dismissal is warranted due to plea negotiations entered into by the parties. As a result of the Defendant entering a plea of guilty to a sole count Superseding Information filed on April 10, 2012, the Government agreed to dismiss the indictment. Defendant entered a plea of guilty to the sole count Superseding Information on April 19, 2012, and was sentenced on April 19, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

RONALD C. RACHOW
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: 4-23-2012

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>CHARLES E. GRIFFIN, III,<br>  aka Steve Hindman,<br><br>      Defendant. | 3:10-CR-00102-RCJ-VPC |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on August 25, 2010, against CHARLES E. GRIFFIN, III, aka Steve Hindman, Defendant herein.

This dismissal is warranted due to plea negotiations entered into by the parties. As a result of the Defendant entering a plea of guilty to a sole count Superseding Information filed on April 10, 2012, the Government agreed to dismiss the indictment. Defendant entered a plea of guilty to the sole count Superseding Information on April 19, 2012, and was sentenced on April 19, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/ Ronald C. Rachow (for)_
RONALD C. RACHOW
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE